

RESEARCH FOUNDATION CUNY

**RESEARCH FOUNDATION**
of The City University of New York
230 West 41st Street
New York, NY 10036-7207

# REQUEST FOR REASONABLE ACCOMMODATION

An employee may make a reasonable accommodation request, related to:

- Religious needs
- Disabilities;
- Pregnancy, childbirth, or related conditions
- Needs related to status as a victim of domestic violence, sex offenses, or stalking.

Under the New York City Human Rights Law (NYCHRL), an accommodation is reasonable if it does not cause an undue hardship in the conduct of the covered entity's business.

To request a reasonable accommodation, please complete this form and submit to your supervisor.

Employee Name Teona Pagan

Date of Request 4/27/2022

Project Director/Supervisor Name Deborah Cheng

Campus City College of New York (The Colin Powell School for Civic & Global Leadership)

Employee Email tpagan@ccny.cuny.edu

1. Accommodation requested (Be specific)

On April 27th, 2022, I spoke to my supervisor requesting to be removed from working on a specific fellowship program, The Mixner Fellowship, that helps students find internships at organizations leading the movement for LGBTQ+ rights and freedom. The Mixner Fellowship contradicts with my beliefs as a devout Christian. According to my RF CUNY employee packet, my job responsibilities include the following:
- Serving as the primary recruiter for Colin Powell School fellowship, professional development, and mentoring opportunities that are largely focused on but not limited to public service. Recruitment strategies might include emails to faculty, staff, and students; info sessions; class and club visits; social media posts; and flyers.
- Meeting with students one-on-one to discuss opportunities in depth and answer questions.
- Leading the application review process. Compiling and helping to review applications for various opportunities such as fellowships, the Semester in DC program, and the Student Success Guide Program.
- Scheduling and helping to conduct interviews with select applicants to these programs.
- Maintaining records for fellows and other program participants. Collecting and organizing onboarding documents such as tax forms, photos, bios, and agreements.

My accomodation request was to be excused from participating in the Mixner Fellowship only, however, I would still be able to fulfill the duties of the other nine active fellowships we have in our department. I also offered to compromise and have more of a stakehold in the other programs to compensate for my absence in Mixner.

2. Reason for request

Based on my religious beliefs and the Word according to my Lord and Savior Jesus Christ, continuing to participate in a program of this nature would be a sin. The Bible says in Leviticus 20:13, "If a man also lie with mankind, as he lieth with a woman, both of them have committed an abomination: they shall surely be put to death; their blood shall be upon them." Once I know, I am now responsible. Once I am responsible, I will be held accountable. I am now saved, sanctified, and filled with the Holy Ghost, so I must move accordingly in every area of my life, including work. I have accepted Jesus Christ as my Lord and Saviour and there are certain beliefs and behaviors that come with that.