

**RESEARCH FOUNDATION**
of The City University of New York
230 West 41st Street
New York, NY 10036-7207

## DETERMINATION OF REASONABLE ACCOMMODATION REQUEST FORM

Date __06/09/2022__

Name of individual requesting reasonable accommodation __Teona Pagan__

Specific accommodation requested __Religious accommodation request to be excused from participating in the Mixner Fellowship.__

Decision:

☐ Reasonable accommodation granted as requested

☐ Alternative accommodation granted

If applicable, describe alternative accommodation granted.

Request for reasonable accommodation denied because (you may check more than one box):

☐ Employee's request determined not to be related to a disability
☐ Accommodation would not meet requested need
☑ Accommodation would cause undue hardship
☐ Documentation of need for the accommodation
☐ Inadequate accommodation would require removal of an essential requisite of the job
☐ Accommodation would pose direct threat
☐ Other (please specify): _____

If the individual proposed one type of reasonable accommodation, which is being denied, and rejected and offer of a different type of reasonable accommodation, explain both the reasons for the denial of the request accommodation and the reason why chosen accommodation would be effective.

__The employee requested that the work on the Mixner be shifted to another employee. That request is denied because it creates an undue burden on the office in fulfillment of the mission.__

12.12.18

2

Deciding Official Andrew Rich
Name (print) Andrew Rich
Telephone 212.650.5967
Email arich@ccny.cuny.edu
Signature *Andrew Rich*
Date Granted or Denied 06/09/22

12.12.18

3