UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEONA PAGAN,

                                          Plaintiff,

                    - against -                                        24-CV-06500 (RA)

RESEARCH FOUNDATION OF THE CITY
UNIVERSITY OF NEW YORK, CITY
UNIVERSITY OF NEW YORK, DEBORAH
CHENG, GREGORY STEPHENSON, AND
ANDREW RICH

                                          Defendants.

## THE CUNY DEFENDANTS' NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(6) and

12(b)(1), upon the accompanying memorandum of law and all prior proceedings and papers filed

herein, defendants The City University of New York, Deborah Cheng, and Andrew Rich,

(collectively, the "CUNY Defendants") by their attorney, Letitia James, Attorney General of the

State of New York, will move this Court before the Honorable Ronnie Abrams, United States

District Judge, at the United States District Court, Southern District of New York, 40 Centre Street,

New York, NY 10007, Courtroom 1506, at a time and date to be set by the Court, for an order

dismissing certain claims in Plaintiff's First Amended Complaint (ECF 10) for failure to state a claim

and for lack of subject matter jurisdiction.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the Local

Rules of the United States District Courts for the Southern and Eastern Districts of New York, any

"opposing or response papers must be served within 14 days" after service of this motion.

Dated:  New York, New York
         November 8, 2024

LETITIA JAMES
Attorney General
State of New York
*Attorney for the CUNY Defendants*

By:

/s/ Matthew J. Lawson
MATTHEW J. LAWSON
Assistant Attorney General
28 Liberty Street
New York, NY 1005
Tel: (212) 416-8733
matthew.lawson@ag.ny.gov