UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEONA PAGAN, <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH FOUNDATION OF CUNY, et al., <br><br> Defendants. | 24-CV-6500 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

In light of the extension granted on November 26, 2024, the conference scheduled for December 20, 2024 is hereby adjourned to January 9, 2025 at 12:00 p.m. Consistent with this Court's Order of August 29, 2024, the parties shall submit a joint letter, as well as a proposed case management plan and scheduling order, no later than January 2, 2025, one-week prior to the conference.

Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 2305 5424 735. This conference line is open to the public.

SO ORDERED.

Dated:   December 17, 2024
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge