UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEONA PAGAN,<br><br>                               Plaintiff,<br><br>v.<br><br>RESEARCH FOUNDATION OF CUNY, et al.,<br><br>                               Defendants. | 24-CV-6500 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On November 8, 2024, Defendants filed a partial motion to dismiss Plaintiff's Amended Complaint. On November 26, 2024, the Court granted Plaintiff's request, with Defendant's consent, for a forty-five-day extension of the deadline to respond to the motion. On January 2, 2025, the Court granted Plaintiff's attorney's request to withdraw.

Plaintiff, who is now appearing *pro se*, has not yet submitted papers in opposition to Defendants' motion to dismiss. No later than May 8, 2025, Plaintiff must file either (1) her opposition to the motion to dismiss, (2) a letter stating that she does not oppose the motion, or (3) a letter indicating that she intends to proceed with this case. All papers may be filed electronically or sent to this Court's *Pro Se* Office, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007. If Plaintiff submits opposition papers, Defendants' reply is due within two weeks of the filing of the papers.

If Plaintiff does not file an opposition by May 8, 2025, the motion to dismiss will be deemed unopposed. Plaintiff's failure to file either an opposition or a letter by May 8 may result in dismissal of this case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff is further advised that she may consult with the Civil Bar Justice Center's clinic for *pro se* litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-

legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

SO ORDERED.

Dated:  April 8, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge