UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEONA PAGAN,

                Plaintiff,

v.

RESEARCH FOUNDATION OF CUNY, et al.,

                Defendants.

24-CV-6500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 8, 2025, the Court ordered Plaintiff, who is now proceeding *pro se*, to file no later than May 8, 2025 either (1) papers in opposition to Defendants' partial motion to dismiss, (2) a letter stating the motion is unopposed, or (3) a letter indicating that she intends to proceed with this case no later than May 8, 2025. To date, Plaintiff has filed neither an opposition nor a letter stating that the motion is unopposed. On April 14, 2025, however, Plaintiff filed a letter stating her intent to proceed with this action. Furthermore, on May 6, 2025, Plaintiff requested an extension from Magistrate Judge Parker, to whom this matter has been referred for all pretrial matters, of her deadline to file initial disclosures, citing "her need to respond to Defendants' pending Motion to Dismiss, and [her] efforts to obtain guidance from the Federal Pro Se Legal Assistance Project." ECF No. 51. Accordingly, the Court will permit Plaintiff one more opportunity to file an opposition to the partial motion to dismiss, if she chooses to do so.

    Plaintiff shall file her opposition, if any, no later than May 28, 2025. If Plaintiff submits opposition papers, Defendants' reply is due within two weeks of the filing of such papers. If Plaintiff does not submit an opposition, the motion to dismiss will be deemed fully briefed. All papers may be filed electronically or sent to this Court's *Pro Se* Office, United States Courthouse, 500 Pearl Street, Room 200, New York, New York 10007.

    SO ORDERED.

Dated:    May 14, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge