**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TEONA PAGAN,

                                Plaintiff,                  **24-CV-06500 (RA) (KHP)**

            -against-                         **CASE MANAGEMENT ORDER**

RESEARCH FOUNDATION OF
THE CITY UNIVERSITY OF NEW YORK, et al.,

                                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On May 30, 2025, the parties appeared for an Initial Case Management Conference. The Court ordered on the record that Plaintiff's revised damages demand shall be served on defendants no later than **June 19, 2025**. Because that revised damages demand will aid with the settlement conference, the Plaintiff should work with her settlement counsel on sending that demand.

        Furthermore, the Court directed the parties to meet and confer as to whether any discovery deadlines need to be adjusted to allow all parties the appropriate amount of time to produce the documents needed to conduct the settlement. Finally, the Court directed counsel for Defendants City University of New York, Deborah Cheng, and Andrew Rich (the "CUNY Defendants") to alert the Court in advance of the date that *ex parte* letters are due whether the CUNY Defendants believe that the settlement conference will be productive. The parties shall file a status letter addressing these two issues (and any others in the parties' contemplation) on or before **June 12, 2025**.

        **The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

DATED:    New York, New York
         June 2, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge