UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEONA PAGAN,

                      Plaintiff,

-against-

RESEARCH FOUNDATION OF CUNY, et al.,

                      Defendants.

**ORDER**

24-CV-6500 (RA) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    The Court is in receipt of a letter from Plaintiff noting that on November 10, 2025, she learned of formatting issues she experienced when she tried to submit her amended complaint. (ECF No. 81.) She subsequently corrected the formatting issues on November 13, 2025, when she refiled the amended complaint as ECF No. 80. The Court interprets her letter as a motion requesting the additional time it took her to fix the error.

    The motion to extend Plaintiff's time to November 13, 2025, is granted. While these issues technically prevented her from complying with the Court's deadline to file the amended complaint by October 30, 2025 (ECF No. 23, at 23), she has shown good cause and excusable neglect for failing to timely make the filing. *See* Fed. R. Civ. P. 6(b)(1)(B). Plaintiff is reminded that deadline extensions must ordinarily be requested two business days in advance of the deadline under this Court's individual rules. *See* Individual Practices in Civil Cases, Rule I.c, https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases%20-%202.2025_0.pdf.

    If the Amended Complaint filed as ECF No. 80 was also not served on the Defendants by the October 30, 2025 deadline, then Defendants may file a letter motion for a corresponding extension of time on the deadline to answer or move to dismiss, currently set as December 1, 2025. (ECF No. 77.)

Dated: November 19, 2025
      New York, New York

**SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge