UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEONA PAGAN,

Plaintiff,

v.

RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK, CITY UNIVERSITY OF NEW YORK, DEBORAH CHENG, GREGORY STEPHENSON, AND ANDREW RICH,

Defendants.

24-CV-6500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

If Plaintiff intends to respond to Defendants' letter filed at Dkt. 115, she shall do so by August 12, 2026.

SO ORDERED.

Dated: July 29, 2026
New York, New York

Ronnie Abrams
United States District Judge