UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEONA PAGAN,

Plaintiff,

v.

RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK, CITY UNIVERSITY OF NEW YORK, DEBORAH CHENG, GREGORY STEPHENSON, AND ANDREW RICH,

Defendants.

24-CV-6500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall appear for a conference on Defendants' motions for summary judgment on September 24, 2026 at 2 p.m. in Courtroom 1506 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: September 18, 2026
New York, New York

Ronnie Abrams
United States District Judge