UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEONA PAGAN,

Plaintiff,

v.

RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK, CITY UNIVERSITY OF NEW YORK, DEBORAH CHENG, GREGORY STEPHENSON, AND ANDREW RICH,

Defendants.

24-CV-6500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pending before the Court are Defendants' motions for summary judgment. The Court had scheduled a conference for September 24, 2026 to discuss the motions. Upon further consideration, however, the Court intends to seek counsel to represent Plaintiff pro bono (free of charge), if available. Plaintiff shall notify the Court no later than October 2, 2026 if she objects to the Court doing so. Accordingly, the conference scheduled for September 24, 2026 is adjourned, and this action is stayed until further order of the Court.

SO ORDERED.

Dated: September 21, 2026
New York, New York

Ronnie Abrams
United States District Judge